OPINION OF THE COURT
 

 Order affirmed, with costs, for reasons stated in the memorandum at the Appellate Division (83 AD2d 654; see, also,
 
 Public Improvements v Board of Educ.,
 
 56 NY2d 850). Moreover, unlike
 
 Salesian Soc. v Village of Ellenville
 
 (41 NY2d 521) where the village, neither at trial nor before the Appellate Division, ever raised the matter of the plaintiff’s
 
 *830
 
 failure to timely serve and file a notice of claim pursuant to former section 341-b of the Village Law, here the school district promptly moved to dismiss the action for failure to file a timely notice of claim.
 

 Concur: Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer.